**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAYLIN JOHN RIDESATTHEDOOR,

Defendant.

CR-23-38-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 27, 2026. (Doc. 41.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 26, 2026. (Doc. 36.) The United States accused Jaylin John Ridesatthedoor (Ridesatthedoor) of violating the conditions of his supervised release by: (1)using methamphetamine on

March 24, 2026; (2) by failing to reside at his approved; residence between March 25, 2026, and March 30, 2026; (3) by entering Ick's Place in Browning, Montana, where alcohol is the chief item of sale on March 30, 2026; (4) consuming alcohol on March 30, 2026; (5) using methamphetamine on March 29, 2026; (6) failing to comply with substance abuse testing requirements on March 30, 2026; by: (7) committing another federal, state or local crime by being sentenced on August 12, 2026, by the Blackfeet Tribal Court for his convictions of the offenses of Assault (D), in violation of Chapter 5, Part II, Section 1 of the Blackfeet Tribal Law and Order and Resisting Arrest in violation of Chapter 5, Part IV, Section 13 of the Blackfeet Tribal Law and Order. (Docs. 32 and 35.)

At the revocation hearing Ridesatthedoor admitted that he had violated the conditions of supervised release 1-7 as set forth in the Petition. (Doc. 36.)

Judge Johnston recommended that Ridesatthedoor be sentenced to custody of 5 months on Count 2 and 3 months on Count 3 with 31 months of supervised release to follow on Count 2 and 31 months of supervised release on Count 3, to run concurrently. Judge Johnston also recommended that during his term of supervised release that Ridesatthedoor be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer and that following substance abuse treatment, Ridesatthedoor be

placed in a residential reentry center for a term of up to 180 days at the direction of his probation officer. (Doc. 41.)

The violations Ridesatthedoor admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 41) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jaylin John Ridesatthedoor be sentenced to a terms of custody 5 months on Count 2 and 3 months on Count 3 with 31 months of supervised release to follow on Count 2 and 31 months of supervised release on Count 3, to run concurrently. During his term of supervised release that Ridesatthedoor will be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer. Following substance abuse treatment, Ridesatthedoor will be placed in a residential reentry center for a term of up to 180 days at the direction of his probation officer.

DATED this 15th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts